```
1  BANNING MICKLOW & BULL LLP
   Edward M. Bull III, SBN 141996
2  Eugene A. Brodsky, SBN 36691
   384 Embarcadero West, Suite 200
3  Oakland, California 94106
   Telephone:  (510) 268-6180
4  Facsimile:  (510) 268-6181

5  Attorneys for Plaintiff
   Georgina Henson
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
12
13 GEORGINA HENSON           )    CASE NO.: 08-02375 JL
                             )
14                           )    STIPULATION AND ~~PROPOSED~~
                             )    ORDER REGARDING
15         Plaintiff,        )    DIVERSITY JURISDICTION
                             )
16                           )
   vs.                       )
17                           )
   CAMELLIA CARRIERS, and DOES 1 )
18 through 20, inclusive,    )
                             )
19         Defendants.       )
                             )
20 _____  )

21     Plaintiff Georgina Henson ("Plaintiff") and Defendant Camellia Container
22 Carrier S.A.("CAMELLIA")  hereby submit the following Stipulation and Proposed
23 Order Regarding Diversity Jurisdiction as follows:
24     WHEREAS when Plaintiff filed this action she failed to mention diversity as a
25 basis for jurisdiction (though complete diversity existed and such facts were alleged);
26     IT IS HEREBY STIPULATED and REQUESTED THAT THE COURT
27 ORDER:
28     That diversity jurisdiction exists in this case and that the Plaintiff's Complaint
```

1

STIPULATION AND PROPOSED ORDER RE DIVERSITY                CASE NO.: 08-0237 JL

be deemed to be amended to reflect such bases of jurisdiction herein.

SO STIPULATED.

DATED: May 4, 2009               BANNING MICKLOW & BULL LLP


                                 By  /s/ Edward M. Bull III
                                      Edward M. Bull III
                                      Eugene A. Brodsky

                                 Attorneys for Plaintiff
                                 Georgina Henson

DATED: May 4, 2009               EMARD DANOFF PORT TAMULSKI &
                                 PAETZOLD LLP


                                 By  /S/ Andrew I. Port

                                 Attorneys for Defendant
                                 CAMELLI CONTAINER CARRIER S.A.

ORDER

Pursuant to the Stipulation of the parties and given the allegations in the Plaintiff's Complaint of complete diversity of citizenship, IT IS HEREBY ORDERED that:

Diversity Jurisdiction exists in this case and the Plaintiffs Complaint is hereby deemed to be amended to reflect such bases of jurisdiction.

DATED: May 6, 2009

_____
Hon. James Larson