1  BANNING MICKLOW & BULL LLP
   Edward M. Bull III, SBN 141996
2  Eugene A. Brodsky, SBN 36691
   384 Embarcadero West, Suite 200
3  Oakland, California 94106
   Telephone:  (510) 268-6180
4  Facsimile:   (510) 268-6181

5  Attorneys for Plaintiff
   Georgina Henson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA HENSON | CASE NO.: 08-3757 JL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING MEDIATION COMPLETION DEADLINE** |
| vs. | |
| CAMELLIA CARRIERS, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Georgina Henson ("Plaintiff") and Defendant Camellia Container Carrier S.A.("CAMELLIA")  hereby submit the following Stipulation and Proposed Order Regarding Mediation Completion Deadline as follows:

WHEREAS the parties are in the process of completing percipient depositions, but have yet to complete the depositions of several important witness, including Plaintiff's supervisors on the date of her alleged accident; and

WHEREAS the Plaintiff is in the process of trying to return to work in one of several light duty capacities recommended by her employer's IME doctor (in the

1
STIPULATION AND PROPOSED ORDER RE MEDIATION DEADLINE          CASE NO.: 08-3757 JL

1 companion longshore case), at this time the extent to which she will be able to
2 mitigate her damages remains unclear; and
3     WHEREAS the parties would like to participate in private mediation, but have
4 not completed sufficient discovery to meet the Court's deadline as referenced in its
5 Civil Minutes dated August 12, 2009 (90 days thereafter);
6 IT IS HEREBY STIPULATED and REQUESTED THAT THE COURT ORDER:
7     That the Parties shall complete private mediation on or before February 1, 2010,
8 sixteen weeks prior to the current trial date of May 24, 2010.
9     SO STIPULATED.

11 DATED: November 20, 2009    BANNING MICKLOW & BULL LLP

13     By   /s/ Edward M. Bull III
14         Edward M. Bull III
        Eugene A. Brodsky

15 Attorneys for Plaintiff
   Georgina Henson

17 DATED: November 20, 2009    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

19     By   /S/ Andrew I. Port
20 Attorneys for Defendant
   CAMELLIA CONTAINER CARRIER S.A.

22 **CERTIFICATE OF SIGNATURE**
23 I attest that the content of this document is acceptable to Andrew I. Port, and that he authorized me to sign the document on his behalf.
24     /s/ Edward M. Bull III

1 <u>ORDER</u>

2  Pursuant to the Stipulation of the parties it is hereby Ordered that the Parties
3 shall complete private mediation on or before February 1, 2010.

4

5 DATED: 12/11/09                                   *[signature]*

6                                                    Hon. James Larson

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION AND PROPOSED ORDER RE MEDIATION DEADLINE        CASE NO.: 08-3757 JL