# EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
## ATTORNEYS

49 Stevenson Street, Suite 400　　　　www.edptlaw.com　　　　Telephone: (415) 227-9455
San Francisco, California 94105　　　　　　　　　　　　　　　　Facsimile: (415) 227-4255

December 9, 2009

**FILED**

DEC 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Hand Delivery**

Magistrate Judge James Larson
450 Golden Gate Ave.
Courtroom F, 15th Floor
San Francisco, California 94102

Re:　*Georgina Henson v. Camellia Carriers*
　　　U.S.D.C., Northern District
　　　Action No. CV-08-3757 JL

Dear Judge Larson:

　　Plaintiff and Defendant have spoken about the Case Management Conference in this case, and we will be filing a Stipulation requesting an extension of time within which to mediate this case. Thus, there appears to be little to discuss at the Case Management Conference this month. We mutually request that the Court continue the Case Management Conference to late January 2010. Kindly let us know if this is acceptable to the Court, otherwise we will file a Case Management Conference Statement forthwith.

Very truly yours,

Andrew I. Port
of
EMARD DANOFF PORT TAMULSKI & PAETZOLD LP

AIP/tab

cc:　Edward M. Bull, III, Esq.

Case Management Conference continued to January 27, 2010 at 10:30 a.m.

SO ORDERED

JAMES LARSON
U.S. MAGISTRATE JUDGE