1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar No. 120977)
2  Kevin Odell (State Bar No. 154570)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:    (415) 227-9455
4  Facsimile:    (415) 227-4255
   E-Mail:       aport@edptlaw.com
5                kodell@edptlaw.com

6  Attorneys for Defendant
   CAMELLIA CONTAINER CARRIER S.A.,
7  sued herein as Camellia Carriers

8  BRODSKY MICKLOW BULL & WEISS LLP
   Edward M. Bull III (State Bar No. 141996)
9  Eugene A. Brodsky (State Bar No. 36691)
   384 Embarcadero West, Suite 200
10 Oakland, CA  94607-3704

11 Attorneys for Plaintiff
   GEORGINA HENSON

12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA HENSON<br><br>Plaintiff,<br><br>vs.<br><br>CAMELLIA CARRIERS, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV-08-3757 JL<br><br>**STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE**<br><br>Case Management Conference:<br>   January 27, 2010<br>   10:30 a.m.<br>   Hon. James Larson<br>Pretrial Conference: April 21, 2010<br>Trial Date:         May 24, 2010<br><br>Action Filed: August 6, 2008 |

Plaintiff Georgina Henson ("Plaintiff") and Defendant Camellia Container Carrier S.A., sued herein as Camellia Carriers ("Camellia"), hereby stipulate as follows:

WHEREAS the parties have scheduled a mediation of this action for February 5, 2010;

WHEREAS the plaintiff is not yet permanent and stationary;

WHEREAS the parties have yet to complete discovery, including potentially one or more

- 1 -
STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE
U.S.D.C. Northern District, Case No. C 08-03757 JL

additional sea-going witnesses; and

WHEREAS the parties wish to avoid the expense associated with the preparation of expert witnesses and any foreign travel until all mediation efforts and percipient discovery are completed.

IT IS HEREBY STIPULATED AND REQUESTED THAT THE COURT ORDER:

1. The Case Management Conference shall be continued from January 27, 2010 to February 17, 2010 at 10:30 a.m.

2. The Final Pretrial Conference shall be continued from April 21, 2010 to August 11, 2010 at 11:00 a.m. in Courtroom F, 15th Floor.

3. The Trial shall be continued from May 24, 2010 at 9:00 a.m. in Courtroom F, 15th Floor, to August 23, 2010.

4. All pretrial deadlines shall be set at the February 17, 2010 Status Conference.

SO STIPULATED.

DATED: January 22, 2010         EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/ Andrew I. Port_____
     Andrew I. Port
Attorneys for Defendant
CAMELLIA CONTAINER CARRIER S.A.,
sued herein as Camellia Carriers


DATED: January 22, 2010         BRODSKY MICKLOW BULL & WEISS LLP


By_____/s/ Edward M. Bull, III_____
     Edward M. Bull III
Attorneys for Plaintiff GEORGINA HENSON

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to Edward M. Bull, III, and that he authorized me to sign the document on his behalf.

_____/s/ Andrew I. Port_____
     Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE
U.S.D.C. Northern District, Case No. C 08-03757 JL

# ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that:

1. The Case Management Conference shall be continued from January 27, 2010 to February 17, 2010 at 10:30 a.m.

2. The Final Pretrial Conference shall be continued from April 21, 2010 to August 11, 2010 at 11:00 a.m. in Courtroom F, 15th Floor.

3. The Trial shall be continued from May 24, 2010 at 9:00 a.m. in Courtroom F, 15th Floor, to August 23, 2010.

4. All pretrial deadlines shall be set at the February 17, 2010 Status Conference.

Date:   January 22, 2010

_____
Hon. James Larson
Magistrate Judge, District Court

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE
U.S.D.C. Northern District, Case No. C 08-03757 JL