1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar No. 120977)
2  Kevin Odell (State Bar No. 154570)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:      (415) 227-9455
4  Facsimile:      (415) 227-4255
   E-Mail:         aport@edptlaw.com
5                  kodell@edptlaw.com

6  Attorneys for Defendant
   CAMELLIA CONTAINER CARRIER S.A.,
7  sued herein as Camellia Carriers

8  BRODSKY MICKLOW BULL & WEISS LLP
   Edward M. Bull III (State Bar No. 141996)
9  Eugene A. Brodsky (State Bar No. 36691)
   384 Embarcadero West, Suite 200
10 Oakland, CA  94607-3704

11 Attorneys for Plaintiff
   GEORGINA HENSON

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 GEORGINA HENSON                    Case No.:  CV-08-3757 JL

                Plaintiff,            **STIPULATION FOR DISMISSAL
18                                    WITH PREJUDICE**

19      vs.                          Action Filed:  August 6, 2008

20 CAMELLIA CARRIERS, and DOES 1
   through 20, inclusive,

21              Defendants.

22

23

24      The parties, having resolved the above-referenced matter, hereby stipulate that this case

25 be dismissed with prejudice.

26 ///

27 ///

28 ///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

SO STIPULATED.

DATED: May 19, 2010              EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____
   Andrew I. Port
Attorneys for Defendant
CAMELLIA CONTAINER CARRIER S.A.,
sued herein as Camellia Carriers

DATED: May 18, 2010              BRODSKY MICKLOW BULL & WEISS LLP

By_____
   Edward M. Bull III
Attorneys for Plaintiff GEORGINA HENSON

DATED: May 19, 2010              LAW OFFICES OF FRANK B. HUGG

By_____
   Frank B. Hugg
Attorneys for Plaintiff for Lien Claimant
SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE
U.S.D.C. Northern District, Case No. C 08-03757 JL

1

2              IT IS SO ORDERED.

              Date:   May ____, 2010
3                         28

4                                        Hon. James Larson
                                         Magistrate Judge, District Court
5

**ORDER**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE
U.S.D.C. Northern District, Case No. C 08-03757 JL